**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**
       **Plaintiff,**
  **v.**                            **CRIMINAL ACTION NO.: 1:22CR23**
                                               **(Judge Kleeh)**

**ELI VILLERS,**
       **Defendant.**

**DEFENDANT'S MOTION FOR RELEASE FROM
CUSTODY FOR IN-PATIENT SUBSTANCE ABUSE TREATMENT**

The Defendant, Eli Villers, through counsel, Assistant Federal Public Defender Hilary L. Godwin, respectfully moves this Honorable Court, pursuant to Rule 46 of the Federal Rules of Criminal Procedure and Title 18 U.S.C. Section 3143, to order defendant's release from custody for the purpose of attending in-patient substance abuse treatment. In support of this motion, undersigned counsel state as follows:

    1.    Mr. Villers is named in a three-count indictment returned in this Court on March 1, 2022. He is charged with conspiracy to commit bribery of public official and bribery of a public official.

    2.    Defendant suffers from a serious addiction to alcohol and would benefit greatly by receipt of in-patient substance abuse treatment. Our office has secured bed space for the defendant at Anchor Point located in Logan County, West Virginia, an acceptance letter is attached. This is a 28-day in-patient substance abuse treatment program. Mr. Villers will need to report to the program before 2:00 pm on April 4, 2022, and would need to have a

negative Covid screen within 24 hours of his admission.

3. Undersigned conferred with AUSA Brandon S. Flower who advised that he does not object to this motion.

Should the Court grant defendant's motion, his transportation from custody to Anchor Point would be provided by Federal Public Defender Staff.

                                          Respectfully submitted,
                                          **Eli Villers**
                                          By Counsel

By:    */s/ Hilary Godwin*
       Hilary Godwin
       WV State Bar No.: 12280
       Attorney for the Defendant
       Office of the Federal Public Defender
       230 West Pike Street, Suite 360
       Clarksburg, West Virginia 26301
       Tel.: 304-622-3823
       Email: hilary_godwin@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on March 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Brandon Flower AUSA**
**U.S. Attorney's Office - Clarksburg**
320 W. Pike St. Suite 300
Clarksburg, WV 26301

By:  *s/ Hilary Godwin*
Hilary Godwin
WV State Bar No. 12280
Attorney for the Defendant
Federal Public Defender Office
230 West Pike Street, Suite 360
Clarksburg, WV 26302
Tel. (304) 622-3823
Fax. (304) 622-4631